UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWAYNE RICHARDSON,<br><br>                              Plaintiff,<br><br>             -against-<br><br>DUANE READE CORPORATION, ET AL.,<br><br>                              Defendants. | 20-CV-7578 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 23, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 23, 2020
         New York, New York

                                                    _Louis L. Stanton_
                                                         Louis L. Stanton
                                                              U.S.D.J.